Jim Petro, Attorney General, and Phil Wright Jr., Assistant Attorney General, for appellee.

THE STATE EX REL. BURNS, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Burns v. Indus. Comm.*, 98 Ohio St.3d 391, 2003-Ohio-1554.]

(No. 2002–1226—Submitted February 25, 2003—Decided April 9, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., COOK and O'CONNOR, JJ., dissent.

MOYER, C.J., dissenting.

{¶ 2} I would reverse the judgment of the court of appeals.

COOK and O'CONNOR, JJ., concur in the foregoing dissenting opinion.

———

Esther S. Weissman Co., L.P.A., and Esther S. Weissman, for appellee.

Jim Petro, Attorney General, and Keith Blosser, Assistant Attorney General, for appellant.